MEIER, Defendant in Error, *vs.* EICHELBERGER, Plaintiff in Error.

I. Under the act establishing the St. Louis Land Court, (Sess. Acts, 1853, p. 90,) an appeal from a justice of the peace, in a suit for a trespass on land, must be taken to that court, and not to the law commissioner's court.

*Error to St. Louis Law Commissioner's Court.*

Action before a justice of the peace. The complaint filed by the plaintiff stated that the defendant committed " a trespass upon him, by letting various droves of cattle upon his meadows and hay stack." There was a judgment for the plaintiff before the justice. An appeal was taken to the St. Louis law commissioner's court, where the same was dismissed, and an appeal taken to this court.

*Dusenbury* and *Gardner*, for plaintiff in error.

*C. B. Lord*, for defendant in error.

LEONARD, Judge. This suit was for a trespass upon the plaintiff's land by letting various droves of cattle upon his meadows and hay stack, and not for a mere trespass upon personal property. It was an injury, therefore, exclusively cog-

nizable in the St. Louis Land Court (Sess. Acts of 1852–3, p. 90, sec. 2, St. Louis Land Court Act,) and so the appeal lay in this case to that court, and not to the law commissioner's court. (Same act, sec. 3.) Judgment affirmed.